UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              CRIM. CASE NO. 24-20040
                              HON. SHALINA D. KUMAR

KEVIN SMITH,

    Defendant.

---

## WAIVER OF INDICTMENT

I, KEVIN SMITH, the defendant in this case, understand that I am being charged with the following felony: Theft of Government Funds, in violation of 18 U.S.C. § 641. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

                                              */s/ Kevin D. Smith*
                                              KEVIN SMITH
                                              Defendant

                                              */s/ David A. Koelzer*
                                              DAVID A. KOELZER
                                              Attorney for Defendant

Dated: 2-28-24