UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CRIM. CASE NO. 24-20040
    HON. SHALINA D. KUMAR

KEVIN SMITH,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

I, KEVIN SMITH, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Theft of Government Funds (18 U.S.C. § 641):
Up to 10 Years of Imprisonment, a Fine Up to $250,000 or twice the loss, or both.

*Kevin D. Smith*
KEVIN SMITH
Defendant

Dated: 2-28-24

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
DAVID A. KOELZER
Counsel for Defendant

Dated: 2-28-24